IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALFREDA POWELL,<br><br>      Plaintiff,<br><br>V.<br><br>XAVIER S. FLEURIDOR; LOVE TRANSIT, LLC; PRIME INSURANCE COMPANY; JOHN DOES 1-5; and RICHARD ROE CORPORATIONS 1-5,<br><br>      Defendants. | CIVIL ACTION FILE NO.:<br>1:23-cv-01051-LMM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

This stipulation is signed by all parties who have appeared in this matter, and therefore, dismissal is proper without order of the Court pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted this 1 August 2025.

*[Signature Page Follows]*

1

**HAWK LAW GROUP**
*Counsel for Plaintiff*

*/s/ Victor C. Hawk*
Victor. C. Hawk
Georgia Bar No. 338650
vhawk@hawklawgroup.com
338 Telfair Street
Augusta, Georgia 30901
T: (706) 722-3500
F: (866) 295-0234

**LYNN LEONARD & ASSOCIATES**
*Counsel for State Farm Mutual Automobile Insurance Company*

*/s/ Nicholas J. Roger*\*
Nicholas J. Roger
Georgia Bar No. 398432
Nick.roger@statefarm.com
5555 Glenridge Connector, Suite 1000
Sandy Springs, Georgia 30342

**THE LAW OFFICES OF KELLY GOODWIN**
*Counsel for USAA Insurance Company*

*/s/ Rudy T. Harris*\*
Rudy T. Harris
Georgia Bar No. 775229
Rudy.harris@usaa.com
5 Concourse Parkway, Suite 2440
Atlanta, Georgia 30328


\*Signed by Victor C. Hawk w/express permission.